UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| BENEFITALIGN, LLC; AND TRUECOVERAGE, LLC,<br><br>              Plaintiffs,<br><br>v.<br><br>CENTERS FOR MEDICARE AND MEDICAID SERVICES, *et al.*<br><br>              Defendants. | Case No.: 1:24-cv-02494-JEB |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Benefitalign, LLC and TrueCoverage, LLC hereby provide notice that the above-captioned action is voluntarily dismissed.

Dated: October 1, 2024

Respectfully submitted,

/s/ *Amy E. Richardson*
Amy E. Richardson, Esq. (DC Bar # 472284)
Patrick P. O'Donnell (DC Bar # 459360)
Walter E. Anderson, Esq. (DC Bar # 975456)
HWG LLP
1919 M Street NW, 8th Floor
Washington, DC 20036
Tel.: 202-730-1329
Email: aricardson@hwglaw.com

*Counsel for Plaintiffs Benefitalign, LLC and TrueCoverage, LLC*